IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40569
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

FRANCISCO LUIS FLORES-VELA,
also known as Paco,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-96-CR-113-1
--------------------

December 15, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender ("FPD") appointed to represent

Francisco Luis Flores-Vela has filed a motion to withdraw and a

brief pursuant to Anders v. California, 386 U.S. 738 (1967).

Although Flores-Vela was informed by the Clerk's Office that he

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

was entitled to file a response to the FPD's <u>Anders</u> brief, he has

not filed a response.  Our review of the brief filed by the FPD and of the record discloses no nonfrivolous point for appeal. Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities, and the APPEAL IS DISMISSED.